# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> v. <br><br> PRATT INDUSTRIES, INC., <br> Garnishee, <br><br> and <br><br> WALTER THOMAS WILLIAMS, III <br> Defendant. | ) <br> ) <br> ) Case No.: 2:25cv2023 SHL/cgc <br> ) *(Ref. Case No.: 09-20462-01-MA)* <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF FILING PROOF OF SERVICE

The United States of America gives notice that it has served the Garnishee and the Defendant with a copy of the writ of garnishment. Proof of service is attached hereto.

        Respectfully submitted,

        REAGAN TAYLOR FONDREN
        ACTING UNITED STATES ATTORNEY
        WESTERN DISTRICT OF TENNESSEE

By:   /s/Stuart J. Canale
       Stuart J. Canale (BPR# 012590)
       Assistant United States Attorney
       United States Attorney's Office
       167 N. Main Street, Suite 800
       Memphis, TN 38103
       Office: 901-544-4231
       Fax:   901-544-4230

ALERT: WINTER STORMS IN THE MIDWEST THROUGH THE NORTHEAST U.S. MAY DELAY FIN…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70172400000060733398

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:34 pm on January 27, 2025 in ATLANTA, GA 30319.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

ATLANTA, GA 30319
January 27, 2025, 1:34 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (http

Text & Email Updates

USPS Tracking Plus®

Product Information





U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage
$
Sent To  Pratt Industries, Inc.
         Attn: Payroll – Garnishments
Street and 4004 Summit Blvd. NE, Suite 1000
City, State Atlanta, GA 30319

Postmark Here
1-13-25

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Track Another Package

2/10/25, 1:59 PM                                USPS.com® - USPS Tracking® Results

ALERT: WINTER STORMS IN THE MIDWEST THROUGH THE NORTHEAST U.S. MAY DELAY FIN…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70172400000060733404

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 3:32 pm on January 15, 2025 in ARLINGTON, TN 38002.

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**

ARLINGTON, TN 38002
January 15, 2025, 3:32 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean? (http**



USv Pratt

Postmark Here

12-13-25

Walter Thomas Williams, III
12499 Bulrush Dr.
Arlington, TN 38002

**Text & Email Updates**                                                                               ⌄

**USPS Tracking Plus®**                                                                                ⌄

**Product Information**                                                                                ⌄

See Less ∧

Track Another Package